UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VENTURE CONSTRUCTION
COMPANY,

        Plaintiff,

v.                                              Case No: 6:19-cv-641-Orl-40DCI

ILLINOIS UNION INSURANCE
COMPANY,

        Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant Illinois Union Insurance Company's Motion to Dismiss (Doc. 5 (the "**Motion**")), filed April 9, 2019. Plaintiff's response was due on or before **Tuesday, April 23, 2019**. *See* Local Rule 3.01(b) (requiring that a party opposing a motion file a response within fourteen days after receiving service of the motion). Under Local Rule 3.01(b), such response must include a memorandum of legal authority not to exceed twenty pages in length. To date, Plaintiff has not filed a response.

In the absence of a response, the Court finds that Motion is due to be granted as unopposed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion (Doc. 5) is **GRANTED**.

2. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. On or before **Wednesday, May 1, 2019**, Plaintiff may file an amended complaint. Failure to timely file will result in dismissal of this action with prejudice.

**DONE AND ORDERED** in Orlando, Florida on April 24, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties